

# RHODE ISLAND SUPREME COURT CLERK'S OFFICE

## *Clerk's Office Order/Opinion Cover Sheet*

**TITLE OF CASE:**  State v. Alicia Williams.

**CASE NO:**  No. 2014-216-C.A.
(N2/13-18A)

**COURT:**  Supreme Court

**DATE OPINION FILED:**  April 11, 2016

**JUSTICES:**  Suttell, C.J., Goldberg, Flaherty, Robinson, and Indeglia, JJ.

**WRITTEN BY:**  Associate Justice Gilbert V. Indeglia

**SOURCE OF APPEAL:**  Newport County Superior Court

**JUDGE FROM LOWER COURT**:

Associate Justice Edward C. Clifton

**ATTORNEYS ON APPEAL:**

For State:  Allison E. Krause
Department of Attorney General

For Defendant:  Camille A. McKenna
Office of the Public Defender